Columbia Circuit. Certiorari denied. *Solicitor General Perlman* for petitioner. *Carl McFarland* and *Kenneth L. Kimble* for respondents.

No. 135. BLANCH ET AL. *v.* CORDERO, AUDITOR OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied. *F. Fernandez Cuyar* for petitioners. *Acting Solicitor General Raum, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for respondents.

No. 137. NEW BRUNSWICK TRUST CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Martin W. Meyer* and *Robert Holt Myers* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent.

No. 138. UNITED STATES ET AL. *v.* PRESTON ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Perlman* for petitioners. *John W. Preston* and *Oliver O. Clark* for respondents.

No. 139. UNITED STATES ET AL. *v.* PRESTON ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Perlman* for petitioners. *John W. Preston* and *Oliver O. Clark* for respondents.

No. 140. JONES ET AL. *v.* MEDLOCK ET AL. C. A. 10th Cir. Certiorari denied. *Sid White* for petitioners.

No. 141. SUNSHINE PACKING CORP. *v.* PORTER, PRICE ADMINISTRATOR, NOW UNITED STATES. C. A. 3d Cir. Certiorari denied. *S. Y. Rossiter* for petitioner. *Acting*